UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL ARMSTEAD,<br><br>              Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>              Respondent. | No. CV 12-25-CJC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the petition as moot. Respondent's motion to dismiss based on failure to exhaust remedies is denied as moot.

DATED: April 16, 2012

                                                  CORMAC J. CARNEY<br>                                                  United States District Judge