JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL ARMSTEAD, | No. CV 12-25-CJC (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| UNKNOWN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the petition is dismissed as moot.

DATED: April 16, 2012

_____
CORMAC J. CARNEY
United States District Judge